RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
SYLVIA A. IRVIN
Assistant Federal Defender
411 E. Bonneville Avenue
Las Vegas, Nevada 89501
(702) 388-6577/Phone
Sylvia_Irvin@fd.org

Attorney for JOHN DINGMORE

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Nos. 3:08-cr-0028-MMD-WGC |
| | 2:18-cr-0111-JCM-GWF |
| Plaintiff, | |
| | **STIPULATION TO CONTINUE** |
| v. | **REVOCATION DATES AND** |
| | **CONSOLIDATE CASES** |
| JOHN DINGMORE, | |
| Defendant. | (First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between United States Attorney Dayle Elieson and Assistant United States Attorney Daniel J. Cowhig, counsel for the United States of America, and Federal Public Defender Rene L. Valladares and Assistant Federal Public Defender Sylvia Irvin, counsel for John Dingmore, that the revocation hearing for Case No. 2:18-cr-0111-JCM-GWF currently scheduled for October 2, 2018 at 10:00 a.m., be vacated and continued for two-and-a-half weeks so that it may be consolidated with Case No. 3:08-cr-0028-MMD-WGC, to allow both cases to be heard before Judge Miranda M. Du on October 18, 2018 at 8:30 a.m.

The Stipulation is entered into for the following reasons:

1.      The parties are in the process of negotiating a resolution for both cases, having agreed the two cases allege same violation conduct and therefore should be consolidated in the interest of judicial economy.

1    2.    Case No. 3:08-cr-0028-MMD-WGC is the older case of the two cases.

2    3.    The parties agree to the continuance.

3    4.    Mr. Dingmore agrees to the continuance.  Mr. Dingmore is currently a patient at

4    University Medical Center (UMC).

5         This is the first request for a continuance of the revocation hearing.

6         DATED this 17th day of September, 2018.

7

8    RENE L. VALLADARES                    DAYLE ELIESON
     Federal Public Defender               United States Attorney

9

10   By /s/ Sylvia A. Irvin                By /s/ Daniel J. Cowhig

11   SYLVIA A. IRVIN                       DANIEL J. COWHIG
     Assistant Federal Public Defender     Assistant United States Attorney

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

      Plaintiff,

      v.

JOHN DINGMORE,

      Defendant.

Case Nos. 3:08-cr-0028-MMD-WGC
2:18-cr-0111-JCM-GWF

FINDINGS OF FACT, CONCLUSIONS OF LAW AND ORDER

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1.    The parties are in the process of negotiating a resolution for both cases, having agreed the two cases allege the same violation conduct and therefore should be consolidated in the interest of judicial economy.

2.    Case No. 3:08-cr-0028-MMD-WGC is the older case of the two cases.

3.    The parties agree to the continuance to October 18, 2018.

4.    The client is at UMC and does not oppose the continuance.

## ORDER

IT IS THEREFORE ORDERED that the two cases, 3:08-cr-0028-MMD-WGC and 2:18-cr-0111-JCM-GWF, be consolidated and heard before the Honorable Judge Miranda M. Du.

IT IS FURTHER ORDERED that the revocation hearing in 2:18-cr-0111-JCM-GWF currently scheduled for October 2, 2018 at 10:00 a.m.., be vacated and reset before the Honorable Judge Miranda M. Du, on October 18, 2018 at 8:30 a.m.


DATED this __17th__ day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE


DATED this 18th day of September , 2018.

_____
UNITED STATES DISTRICT JUDGE